**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

REGINALD E. DEAL, JR.,
     Plaintiff,

    v.

SOUTHPOINT VOLUNTEER FIRE
DEPARTMENT, INC., et al.,
     Defendants.

Civil Action No. 3:07cv248

## ORDER OF DISMISSAL

Upon motion of the Plaintiff under Fed. R. Civ. P. 41(a)(2) to dismiss the present action as to Defendant Chris Gantt pursuant to a settlement agreement, the Court finds that such a dismissal is proper, and the motion of the Plaintiff is GRANTED.

It is therefore ORDERED that all claims of the Plaintiff against Defendant Chris Gantt are DISMISSED WITH PREJUDICE, with the parties bearing their own costs of suit.

IT IS SO ORDERED.

Signed: December 17, 2008

Frank D. Whitney
United States District Judge