# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL NO. 3:07-cv-00248-W

| | |
|---|---|
| REGINALD E. DEAL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | and |
| ) | NOTICE OF PRETRIAL CONFERENCE |
| SOUTHPOINT VOLUNTEER FIRE ) | |
| DEPARTMENT, INC., et. al.,, ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER is before the Court on Defendants' Motion for Summary Judgment (Doc. No. 41). The Court conducted a hearing on July 29, 2009, during which counsel for both parties presented oral arguments as to their respective position on the motion. For the reasons explained in the Court's oral ruling issued in open court following the hearing, the motion is GRANTED IN PART and DENIED IN PART.

FURTHER, TAKE NOTICE that a pretrial conference will take place before the undersigned United States District Judge, to be held at **2:00 p.m.** on **Thursday, August 27, 2009**, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina.

IT IS SO ORDERED.

Signed: August 5, 2009

Frank D. Whitney
United States District Judge